UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
SARAH WOOD,                             )
                                        )   No. C06-1232RSL
            Plaintiff,                  )
    v.                                  )
                                        )   ORDER STRIKING NOTICE
ROGER SCHULKE, d/b/a S R Financial,     )   OF WITHDRAWAL AND
Services; and EQUIFAX INFORMATION       )   SUBSTITUTION OF COUNSEL
SERVICES, LLC,                          )
                                        )
            Defendants.                 )
_____)

This matter comes before the Court on defendant Equifax Information Services, LLC's "Notice of Withdrawal and Substitution of Counsel" (Dkt. #12). Under Local General Rule 2(g)(4)(A), "No attorney shall withdrawal an appearance in any cause, civil or criminal, except by leave of court. Leave shall be obtained by filing a motion or a stipulation for withdrawal[.]" Defendant's counsel did not obtain leave of court as required by this rule. Accordingly, defendant's notice of withdrawal (Dkt. #12) is hereby STRICKEN because it does not comply with Local General Rule 2(g)(4)(A). Defendant Equifax Information Services, LLC's counsel is strongly urged to comply with the local rules in any subsequent request for withdrawal.

//

//

ORDER STRIKING NOTICE OF
WITHDRAWAL AND SUBSTITUTION
OF COUNSEL

1   DATED this 12th day of January, 2007.

2

3

4   Robert S. Lasnik
    United States District Judge

5

...

26  ORDER STRIKING NOTICE OF
    WITHDRAWAL AND SUBSTITUTION
    OF COUNSEL                                -2-