UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
SARAH WOOD,                         )
                                    )   No. C06-1232RSL
              Plaintiff,            )
       v.                           )
                                    )   DEFAULT JUDGMENT
ROGER SCHULKE dba S R FINANCIAL     )
SERVICES, *et al.*,                 )
                                    )
              Defendants.           )
_____)

This matter comes before the Court on plaintiff's "Motion for Default Judgment Against Roger Schulke dba S R Financial." Dkt. # 21. Defendant Roger Schulke has not appeared in this action and default was entered against him on October 18, 2006. Having reviewed the memorandum, declarations, and exhibits submitted by plaintiff, the Court finds that there is an adequate basis to enter judgment in favor of plaintiff and against defendant Roger Schulke dba S R Financial as follows:

| | |
|---|---|
| Emotional Distress | $70,000 |
| Lost Incidental Time | $3,000 |
| Attorney's Fees | $2,700 |
| Costs | $200 |
| Punitive Damages | $100,000 |

for a total of $175,900.

DEFAULT JUDGMENT

1
2
DATED this 30th day of October, 2007.

3
4
*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DEFAULT JUDGMENT                              -2-